CUKOR v. ROTHMAN. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Victor P. Cukor against Henry A. Rothman. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. Y. Supp. 113.

CURRIE et al., Appellants, v. VREELAND, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Frederick Currie and others against George F. Vreeland. W. W. Irwin, of New York City, for appellants. H. F. Mela, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on Seligsberg v. Schepp, 79 App. Div. 626, 80 N. Y. Supp. 154. Order filed. See, also, 140 N. Y. Supp. 1115.

CUSHMAN, Respondent, v. COOK et al., Appellants. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Joseph G. Cushman against George D. Cook and another. R. B. Honeyman, of New York City, for appellants. S. M. Kohn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DADY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Michael J. Dady against the City of New York. J. A. Wernberg, of Brooklyn, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 App. Div. 956, 133 N. Y. Supp. 1117.

DALY et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Daniel Daly and another against the City of New York. C. L. Barber, of New York City, for appellant. A. L. Davis, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 App. Div. 106, 134 N. Y. Supp. 754.

DANZIGER et al., Respondents, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Charles S. Danziger and another against Joseph Gottlieb. M. W. Hart, of New York City, for appellant. M. C. Katz, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DAVID, Respondent, v. GEEKIE, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Annie David against Charles W. Geekie, as administrator, etc., of Andrew W. Geekie, deceased.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the defendant interposed proper objections based upon section 829 of the Code of Civil Procedure. See particularly folios 35 and 51 of the record.

THOMAS, J., dissents.

DAVIS et al. v. DEEDY. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by J. Lawrence Davis and another against Josephine T. Deedy. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

In re DAVIS' WILL. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) In the matter of the probate of the last will and testament and codicil of Mary Augusta Davis, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings County (137 N. Y. Supp. 427) affirmed, with costs, on the authority of Matter of Cunningham's Will, 206 N. Y. 601, 100 N. E. 437, and Matter of Robinson's Will, 203 N. Y. 380, 96 N. E. 925, 37 L. R. A. (N. S.) 1023.

DEADY, Appellant, v. NEAL, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Josephine T. Deady against E. Virgil Neal.

PER CURIAM. Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 141 N. Y. Supp. 1115.

DEADY, Appellant, v. NEAL, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Josephine T. Deady against E. Virgil Neal.

PER CURIAM. Motion denied, on condition that appellant perfect her case on appeal by making it conform to the case as actually settled, place the same on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 141 N. Y. Supp. 1115.